PROB 22
(Rev. 1/2001)

| **TRANSFER OF JURISDICTION** | Docket Number (Tran. Court)<br>3:12cr42-01 |
| | Docket Number (Rec. Court)<br>0:22CR00343-001(DWF) |

| Noah Robert Bergland<br>Minnesota | District: North Dakota | Division: Fargo | |
| | Sentencing Judge: | The Honorable<br>Ralph R. Erickson | |
| | Supervision Dates: | From:<br>3/8/2021 | To:<br>3/7/2024 |

| Offense: | Count 2: Money Laundering Conspiracy to Promote Specified Unlawful Activity, in violation of 18 U.S.C. 1956(h)<br>Count 4: Continuing Criminal Enterprise, in violation of 21 U.S.C. 848(a) and 848(c) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above, be transferred with the records of the Court to the United States District Court for the District of <u>Minnesota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*</u>

_10/25/2022_
Date

The Honorable Peter D. Welte
Chief United States District Court Judge

\* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 5, 2022
Effective Date

s/Donovan W. Frank
United States District Court Judge
Donovan W. Frank